UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

| | | |
|---|---|---|
| DANIEL DELAROSA et al., | : | |
| | : | ORDER |
| Plaintiffs, | | 26 Civ. 3463 (RA) (GWG) |
| | : | |
| -v.- | | |
| | : | |
| CITY OF NEW YORK | : | |
| | : | |
| Defendant. | | |

---------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

The Court understands from the parties' letter of August 13, 2026 (Docket # 65) that the parties do not wish to have a scheduling order issued at this time. Accordingly, the Court will not schedule a Rule 16 conference. Instead, the parties are authorized to conduct discovery as needed to prepare for their settlement discussions. When discovery in aid of settlement is completed, the parties should begin settlement discussions on their own and may write to the Court at any time Court intervention is required. If a settlement is not reached by the parties by December 20, 2026, the parties shall file a letter to the Court as to the status of settlement.

SO ORDERED.

Dated: August 17, 2026
New York, New York

GABRIEL W. GORENSTEIN
United States Magistrate Judge